UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARNOLD HAILASSIE, | ) | 1:07-cv-01834-AWI-SMS-HC |
| | ) | |
|     Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATION** (Doc. 5) |
| v. | ) | |
| | ) | **ORDER DISMISSING PETITION** |
| D. SMITH, et al., | ) | **FOR WRIT OF HABEAS CORPUS** |
| | ) | |
|     Respondents. | ) | **ORDER TERMINATING ACTION** |
| | ) | |

    Petitioner is a federal prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

    On January 10, 2008, the Magistrate Judge filed Findings and a Recommendation that the instant Petition for Writ of Habeas Corpus be DISMISSED, and the Clerk of Court be directed to enter judgment, terminating this action.  These Findings and Recommendation were served on Petitioner and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order.  To date, Petitioner has not filed objections to the Findings and Recommendation.

//

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed January 10, 2008, are ADOPTED IN FULL;
2. The instant Petition for Writ of Habeas Corpus is DISMISSED; and,
3. The Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

**Dated:   March 13, 2008**              /s/ Anthony W. Ishii
                                        UNITED STATES DISTRICT JUDGE